**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 2 0 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
VINCENT MASINO, KEITH LOSCALZO,
FRANCISCO FERNANDEZ, ANTHONY FASULO,
DAVID DeLUCA, and JIM KILKENNY, as Trustees
and Fiduciaries of the PAVERS AND ROAD
BUILDERS DISTRICT COUNCIL WELFARE,
PENSION, ANNUITY AND APPRENTICESHIP,
SKILL IMPROVEMENT and TRAINING FUNDS,

                Plaintiffs,

    -against-

ARCHITECTURAL PAVERS CORP.,

                Defendant.
---------------------------------------------------------------X

JUDGMENT
09-CV- 2213 (DLI)

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on January 19, 2010, adopting in its entirety the unopposed Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated December 2, 2009; granting plaintiffs motion for a default judgment; and directing the Clerk of Court to enter a default judgment against the defendant for a total amount of $18,990.50, comprised of $10,386.08 in unpaid contributions; $3,935.85 in accrued interest; $2,077.22 in liquidated damages; attorneys' fees and costs totaling $1,871.35; and audit fees of $720.00; it is

ORDERED and ADJUDGED that the unopposed Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., is adopted in its entirety; that plaintiffs motion for a default judgment is granted; and that a default judgment is hereby entered in favor of plaintiffs, Vincent Masino, Keith Loscalzo, Francisco Fernandez, Anthony Fasulo, David DeLuca, and Jim KilKenny, as Trustees and Fiduciaries of the Pavers and Road Builders

JUDGMENT
09-CV-2213 (DLI)

District Council Welfare, Pension, Annuity and Apprenticeship, Skill Improvement and Training Funds, and against defendant, Architectural Pavers Corp., for a total amount of $18,990.50, comprised of $10,386.08 in unpaid contributions; $3,935.85 in accrued interest; $2,077.22 in liquidated damages; attorneys' fees and costs totaling $1,871.35; and audit fees of $720.00.

Dated: Brooklyn, New York
January 19, 2010

S/RCH
ROBERT C. HEINEMANN
Clerk of Court